

U.S. Department of Justice

United States Attorney
Eastern District of California

---

501 I Street, Suite 10-100          916/554-2700
Sacramento, California  95814 Fax 916/554-2900

November 4, 2009

Honorable Morrison C. England, Jr.
United States Courthouse
501 I Street
Courtroom #7
Sacramento, CA 95814

     Re: *United States v. Southern California Edison Company*,
       Case No. 2:08-CV-02984 MCE DAD

     This letter is to inform you that the parties, plaintiff United
States and defendant Southern California Edison Company, have
verbally agreed to a complete settlement in the above case.
However, settlement is contingent upon final approval by the
Secretary of Agriculture and the United States Associate Attorney
General. We are seeking to obtain the required authority to conclude
settlement.  The undersigned will advise you pursuant to Local Rule
16-160 as soon as final authority is obtained.

     Please contact me if you need any additional information.
Thank you.

                       Sincerely,

                       LAWRENCE G. BROWN
                       United States Attorney

By: _____
                       E. ROBERT WRIGHT
                       Assistant U.S. Attorney

cc.  Friedrich W. Seitz
     Marnie G. Ganotis