BENJAMIN B. WAGNER
United States Attorney
E. ROBERT WRIGHT (SBN 51861)
Assistant United States Attorney
United States Courthouse
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Of Counsel:
JEFF MOULTON
Regional Attorney
MARNIE G. GANOTIS
Attorney
Office of the General Counsel
United States Department of Agriculture
33 New Montgomery Street
17th Floor
San Francisco, California 94105
Telephone: (415) 744-3011
Facsimile: (415) 744-3170

Attorneys for Plaintiff United States of America

Friedrich W. Seitz (SBN 51536)
Gina E. Och (SBN 170520)
MURCHISON & CUMMING, LLP
801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
E-Mail: fseitz@murchisonlaw.com
        goch@murchisonlaw.com

Attorneys for Defendant,
Southern California Edison Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cv-02984-MCE-DAD |
| ) | |
| Plaintiff, ) | **JOINT REQUEST FOR EXTENSION OF** |
| ) | **TIME TO FILE DISPOSITIONAL** |
| v. ) | **DOCUMENTS; ORDER THEREON** |
| ) | |
| SOUTHERN CALIFORNIA EDISON ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

///

Pursuant to this Court's Order requiring dispositional documents to be filed on or before January 5, 2009 in accordance with United States Eastern District Local Rules, Rule 160 and this Court's Order extending of time to file dispositional documents on or before February 5, 2009, the parties submit the following request for extension of time[1]:

Good cause exists for an extension in time to file the dispositional documents because the parties have agreed upon the terms of the written settlement agreement, which Defendant Southern California Edison Company ("SCE") has executed and Plaintiff the United States of America ("the United States") will execute upon approval by the Secretary of Agriculture and the United States Associate Attorney General.

On November 4, 2009, the United States filed a Notice of Settlement Status Letter to inform this Court of the verbal agreement between the United States and SCE, that the settlement was contingent upon final approval by the Secretary of Agriculture and the United States Associate Attorney General, and that the United States would inform this Court as soon as final authority was obtained. (Doc. No. 13.)

A recommendation for approval of the Settlement Agreement was submitted to the United States Associate Attorney General on November 10, 2009 and approval for the settlement was granted on December 30, 2009. A recommendation for approval has been submitted to the Secretary of Agriculture with the status checked on a weekly basis. Although it is anticipated that final approval from the Secretary of Agriculture will be received shortly, it is unlikely that approval will be granted and payment received prior to the court-ordered deadline to file dispositional documents. Once the Settlement Agreement is fully executed by all parties, SCE will have 15 days to make payment. In the mean time the United States has drafted dismissal documents, which will be reviewed by SCE, executed, and filed upon receipt of payment of the settlement funds.

///

///

---

[1] See Docket Numbers 14 and 19.

Accordingly, the parties have been diligent in obtaining final authority to conclude settlement in order to file dispositional documents for this case. The parties respectfully request a 30-day extension to March 5, 2010 to conclude settlement prior to filing the dispositional documents.

FOR THE PLAINTIFF THE UNITED STATES:

Respectfully submitted,

Dated: January 26, 2010.　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


By:　　　　/s/
　　　E. ROBERT WRIGHT
　　　Assistant U.S. Attorney
　　　Attorney for Plaintiff
　　　United States of America

FOR DEFENDANT SOUTHERN CALIFORNIA EDISON COMPANY:

Dated: January 26, 2010.　　　　　　　　　　MURCHISON & CUMMING, LLP

By:　　　　/s/
　　　FRIEDRICH W. SEITZ
　　　GINA E. OCH
　　　Attorneys for Defendant
　　　Southern California Edison Company
　　　(original signature retained by counsel)

## **ORDER**

GOOD CAUSE SHOWING the time for filing dispositional documents is extended from February 5, 2009 to on or before March 5, 2010.

Dated: January 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE